United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5230                  September Term, 2015

FILED ON: JANUARY 21, 2016

JEFFERSON MORLEY,
        APPELLANT

v.

CENTRAL INTELLIGENCE AGENCY,
        APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:03-cv-02545)

Before: SRINIVASAN, *Circuit Judge*, and WILLIAMS and GINSBURG, *Senior Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                           BY:     /s/

                                                          Ken Meadows
                                                          Deputy Clerk

Date: January 21, 2016

Opinion for the court filed by Senior Circuit Judge Williams.