# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 14-5230** | **September Term, 2015** |
| | 1:03-cv-02545-RJL |
| | **Filed On:** April 6, 2016 |

Jefferson Morley,

    Appellant

    v.

Central Intelligence Agency,

    Appellee

**BEFORE:** Srinivasan, Circuit Judge; Williams and Ginsburg, Senior Circuit Judges

## O R D E R

Upon consideration of appellant's petition for panel rehearing filed on March 28, 2016, it is

**ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:   /s/
                  Ken Meadows
                  Deputy Clerk